UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEVIN C. CURTIS,<br>Plaintiff,<br>v.<br>KIMBERLY BEIRMAN, et al.,<br>Defendants. | CASE NO. C26-5053 BHS<br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Theresa Fricke's Report and Recommendation (R&R), recommending the Court deny pro se plaintiff Curtis's motion for default because he had not demonstrated any prejudice resulting from the two-day delay in defendant Beirman's filing her answer. Dkt. 15.

A district court "shall make a de novo determination of those portions of the report or specified proposed finding or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C) (emphasis added); *see also* Fed. R. Civ. P. 72(b)(3). It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended

disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

The Court must "review the Magistrate Judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing § 636(b)(1)(C)). A proper objection requires "specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2).

Curtis did not respond or object to the R&R, and its determination is neither clearly erroneous nor contrary to law. The R&R, Dkt. 15, is **ADOPTED**. Curtis's motion for default, Dkt. 14, is **DENIED**.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2026.

BENJAMIN H. SETTLE
United States District Judge